**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angel Matos                                CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-11441 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

Respectfully submitted,

/s/ <u>Rebecca Solarz</u>
Rebecca Solarz
10 Jun 2022, 09:52:47, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322