**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                Chapter 13

ANGEL MATOS

Debtor                 Case No.: 22-11441

**CERTIFICATE OF SERVICE**

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that on the 14th day of June, 2022, I did serve a copy of the Amended Schedule C on the following individuals via regular mail and electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

ADS/Comenity/Modells MVP
P.O. Box 182120
Columbus, OH  43218

Citi Cards/Citibank
P.O. Box 6241
Sioux Falls, SD  57117

Club Exploria, LLC
25 Town Center Blvd., Ste c
Clermont, FL  34714

Comenity GB/Gamestop
P.O. Box 182120
Columbus, OH  43218

Cre Bushkill Group, LLC
P.O. box 447
Bushkill, PA  19324

Credit FirstNA/Firestone
P.O.. Box 81083
Cleveland, OH  44181

Equiant Financial Services
500 N. Juniper Drive, Ste. 100
Chandler, AZ   85226

PAS Housing Finance Agency
211 N. Front Street
Harrisburg, PA  17105

PGW
Credit and Collections Department
800 W. Montgomery Avenue
Philadelphia, PA  19122

Water Revenue Bureau
1401 JFK Blvd., Room 580
Philadelphia, PA  19102

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA  19106-1532

Date: June 14, 2022

        BY:/s/ Ashley M. Sullivan
          ASHLEY M. SULLIVAN, EQUIRE
          SPEAR WILDERMAN, P.C.
          230 S. Broad Street, 14th Floor
          Philadelphia, PA  19102
          (215) 732-0101
          (215) 7342-7790 (fax)
          asullivan@spearwilderman.com
          Attorney for Debtor

Case 22-11441-elf    Doc 20    Filed 06/14/22    Entered 06/14/22 11:28:53    Desc Main
Document      Page 3 of 3