Certificate Number: 03621-PAE-DE-036728083

Bankruptcy Case Number: 22-11441



03621-PAE-DE-036728083

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 2, 2022, at 11:28 o'clock AM EDT, Angel L Matos completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 2, 2022

By:   /s/Mike Fannelle

Name:   Mike Fannelle

Title:   Counselor