**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE:

                                                                                 Chapter 13

ANGEL MATOS

Debtor                                                                 Case No.:  22-11441

**CERTIFICATE OF SERVICE**

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that on the 15th day of August, 2022, I did serve a copy of the Amended Chapter 13 Plan on the following individuals via regular mail and electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

PA Housing Finance Agency
211 N. Front Street
Harrisburg, PA  17105

PGW
Credit and Collections Department
800 W. Montgomery Avenue
Philadelphia, PA  19122

Verizon
By American InfoSource as agent
4525 N. Santa Fe Avenue
Oklahoma City, OK  73118

Water Revenue Bureau
1401 JFK Blvd., Room 580
Philadelphia, PA  19102

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA  19106-1532

Date: August 15, 2022

                BY:/s/ Ashley M. Sullivan
                   ASHLEY M. SULLIVAN, EQUIRE
                   SPEAR WILDERMAN, P.C.
                   230 S. Broad Street, 14th Floor
                   Philadelphia, PA  19102
                   (215) 732-0101
                   (215) 7342-7790 (fax)
                   asullivan@spearwilderman.com
                   Attorney for Debtor