# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-11441-ELF

ANGEL MATOS

5903 FRONTENAC STREET

PHILADELPHIA, PA 19149

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANGEL MATOS

    5903 FRONTENAC STREET

    PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

    ASHLEY M. SULLIVAN, ESQUIRE
    SPEAR WILDERMAN, P.C.
    230 S. BROAD STREET, STE 1400
    PHILADELPHIA, PA 19102-

Date: 8/16/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee