# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

**ANGEL MATOS**

                                    **Chapter 13**

**Debtor**                                    **Case No. 22-11441**

---

## ENTRY AND WITHDRAW OF APPEARANCE

To the Clerk:

      Kindly enter my appearance on behalf of Angel Matos in the above referenced Chapter 13 case.

                                          BY: /s/  Vladislav Kachka
                                               VLADISLAV KACHKA, ESQUIRE
                                               SPEAR WILDERMAN, P.C.
                                               230 S. Broad Street, Ste. 1400
                                               Philadelphia, PA  19102
                                               (215) 732-0101
                                               (215) 732-7790
                                               vkachka@spearwilderman.com


      Kindly withdraw my appearance on behalf of Angel Matos in the above referenced Chapter 13 case.

                                               BY:/s/ Ashley M. Sullivan
                                               ASHLEY M. SULLIVAN, ESQUIRE
                                               SPEAR WILDERMAN, P.C.
                                               230 S. Broad Street, Ste. 1400
                                               Philadelphia, PA  19102
                                               (215) 732-0101
                                               (215) 732-7790
                                               asullivan@spearwilderman. com