**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

In Re:

**ANGEL MATOS**

            **Chapter 13**

**Debtor**         **Case No. 22-11441**

---

**WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

   Kindly withdraw my appearance on behalf of Angel Matos in the above referenced Chapter 13 case.

           BY: /s/  Vladislav Kachka
            VLADISLAV KACHKA, ESQUIRE
            SPEAR WILDERMAN, P.C.
            230 S. Broad Street, Ste. 1400
            Philadelphia, PA  19102
            (215) 732-0101
            (215) 732-7790
            vkachka@spearwilderman.com

    Kindly enter my appearance on behalf of Angel Matos in the above referenced Chapter 13 case.

           BY:/s/ Akeem J. Parsons
            AKEEM J. PARSONS, ESQUIRE
            SPEAR WILDERMAN, P.C.
            230 S. Broad Street, Ste. 1400
            Philadelphia, PA  19102
            (215) 732-0101
            (215) 732-7790
            aparsons@spearwilderman. com