**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

        Chapter 13

ANGEL MATOS

Debtor         Case No.:  22-11441

**CERTIFICATE OF SERVICE**

I, AKEEM J. PARSONS, Attorney for Debtor, hereby certify that on the 6th day of January, 2023, I did serve a copy of the Fourth Amended Chapter 13 Plan on the following individuals via regular mail and electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

PA Housing Finance Agency
211 N. Front Street
Harrisburg, PA  17105

PGW
Credit and Collections Department
800 W. Montgomery Avenue
Philadelphia, PA  19122

Water Revenue Bureau
1401 JFK Blvd., Room 580
Philadelphia, PA  19102

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA  19106-1532

Date: January 6, 2023

        BY:/s/ Akeem J. Parsons
          AKEEM J. PARSONS, EQUIRE
        SPEAR WILDERMAN, P.C.
        230 S. Broad Street, 14th Floor
        Philadelphia, PA  19102
        (215) 732-0101
        (215) 7342-7790 (fax)
        aparsons@spearwilderman.com
        Attorney for Debtor