**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANGEL MATOS | Chapter 13 |
| Debtor | Bankruptcy No. 22-11441-ELF |

# **O R D E R**

**AND NOW**, this \_\_28th\_\_ day of \_\_February\_\_, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ASHLEY M. SULLIVAN, ESQUIRE
SPEAR WILDERMAN, P.C.
230 S. BROAD STREET, STE 1400
PHILADELPHIA, PA 19102-

Debtor:
ANGEL MATOS

5903 FRONTENAC STREET

PHILADELPHIA, PA 19149