United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                         Case No. 22-11441-elf

Angel Matos                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                User: admin                               Page 1 of 2

Date Rcvd: Feb 28, 2023                         Form ID: pdf900                         Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angel Matos, 5903 Frontenac Street, Philadelphia, PA 19149-3632 |
| 14695880 | + | ADs/Comenity/ModellsMVP, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14695882 | + | Club Exploria, LLC, 25 Town Center, Blvd. Ste C, Clermont, FL 34714-4836 |
| 14695884 | + | Cre Bushkill Group, LLC, P.O. Box 447, Bushkill, PA 18324-0447 |
| 14695885 | + | Cre Bushkilll Group, LLC, P.O. Box 447, Bushkill, PA 18324-0447 |
| 14695887 | + | Equiant Financial Services, 500 N. Juniper Dr. Ste 100, Chandler, AZ 85226-2525 |
| 14705369 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Floor |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 01 2023 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2023 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2023 00:39:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14714464 | | Email/Text: megan.harper@phila.gov | Mar 01 2023 00:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14695881 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2023 00:39:03 | Citi Cards/CitiBank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14695883 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2023 00:34:00 | Comenity GB/Gamestop, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14695886 | | Email/Text: BKPT@cfna.com | Mar 01 2023 00:34:00 | Credit First NA/Firestone, P.O. Box 81083, Cleveland, OH 44181 |
| 14695888 | + | Email/Text: blegal@phfa.org | Mar 01 2023 00:34:00 | PA Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 14697418 | ^ | MEBN | Mar 01 2023 00:29:31 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14711974 | + | Email/Text: blegal@phfa.org | Mar 01 2023 00:34:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14696105 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2023 00:38:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: pdf900 | Total Noticed: 19 |

| 14709015 | + Email/PDF: ebn_ais@aisinfo.com | Mar 01 2023 00:39:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14695889 | | Xiomara Morales |
| 14695890 | | Xiomara Morales |
| 14695891 | | Xiomara Morales |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Angel Matos akeemparsonsesq@gmail.com aparsons@spearwilderman.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANGEL MATOS | Chapter 13 |
| Debtor | Bankruptcy No. 22-11441-ELF |

## ORDER

**AND NOW**, this __28th__ day of __February__, 202**3**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ASHLEY M. SULLIVAN, ESQUIRE
SPEAR WILDERMAN, P.C.
230 S. BROAD STREET, STE 1400
PHILADELPHIA, PA 19102-

Debtor:
ANGEL MATOS

5903 FRONTENAC STREET

PHILADELPHIA, PA 19149